IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

RONALD MARTIN,                      *

     Petitioner,              *

vs.                                 *

                                CASE NO. 1:12cv22 (CDL)

Warden SHEILA OUBRE,                *

     Respondent.              *

<u>ORDER ON REPORT AND RECOMMENDATION</u>
<u>OF UNITED STATES MAGISTRATE JUDGE</u>

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 18, 2012 is hereby approved, adopted, and made the Order of the Court.  The Court notes that after the Magistrate Judge's Report and Recommendation was filed, the Petitioner filed a "Certificate of Appealability."  The Clerk construed this filing as a notice of appeal.  It appears to the Court, however, that Petitioner intended for the filing to be a request for permission to file a successive habeas petition, which should be directed to the Court of Appeals.  Whether the Court of Appeals interprets the filing as a request to file a successive petition or a premature notice of appeal, this Court finds that it is clear that this action must be dismissed at this stage based upon lack of jurisdiction and accordingly adopts the Magistrate's Recommendation.

IT IS SO ORDERED, this 7th day of November, 2012.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE